1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   LARY FEEZOR,
                              No. 2:09-cv-00453-MCE-GGH
12          Plaintiff,

13      v.                     MEMORANDUM AND ORDER

14   SARBJIT S. KANG dba KANG
     CHEVRON 2; KANG PROPERTY,
15   INC.; HALEH AMIRI,

16          Defendants.

17                     ----oo0oo----

18

19      Through the present action Plaintiff Lary Feezor

20   ("Plaintiff") seeks redress for alleged violations of Title III

21   of the Americans with Disabilities Act and related California

22   statutes.  Presently before the Court is a Motion by Plaintiff

23   seeking leave to file a Second Amended Complaint.[1]

24   ///

25   ///

26   _____

27      [1] Because oral argument will not be of material assistance,
     the Court orders these matters submitted on the briefs.  E.D.
28   Cal. Local Rule 230(g).

                          1

1    Pursuant to Federal Rule of Civil Procedure 15(a), once a
2 responsive pleading has been served on a Plaintiff, the Plaintiff
3 may only amend its pleading with the opposing party's written
4 consent or the court's leave. Fed. R. Civ. P. 15(a)(1)-(2).  The
5 court should freely give leave when justice so requires. Fed. R.
6 Civ. P. 15(a)(2). Generally, the five factors of bad faith, undue
7 delay, prejudice to opposing party, futility of amendment, and
8 whether plaintiff has previously amended the complaint are
9 considered when assessing the propriety of a motion to amend.
10 Ahlmeyer v. Nevada Sys. of Higher Educ., 555 F.3d 1051, 1055 (9th
11 Cir. 2009).

12    Here, Plaintiff seeks leave to amend so that he may add
13 Dunnigan-Sacramento, LLC and Sacramento/Dunnigan Property, Inc.
14 as defendants, and add to his complaint additional barriers he
15 states he encountered at the subject facility.  There is no
16 apparent bad faith, undue delay, prejudice, or futility of
17 amendment in Plaintiff's request.  Furthermore, Defendants have
18 not timely filed an opposition to Plaintiff's Motion to Amend.

19    For these reasons, Plaintiff's Motion to Amend (Docket
20 No. 15) is hereby GRANTED.

21    IT IS SO ORDERED.

22
   Dated: June 22, 2010
23

24    _____
25    MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE
26

27

28

                                2