1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11   LARRY FEEZOR,                    No. 2:09-cv-00453-MCE-GGH
12          Plaintiff,
13      v.                               **ORDER**
14   SARBJIT KANG dba KANG
     CHEVRON 2; KANG PROPERTY,
15   INC.,
16          Defendants.
17                         ----oo0oo----
18
19      Through the present motion, Plaintiff Larry Feezor seeks to
20   amend his complaint, pursuant to Federal Rule of Civil Procedure
21   16(b), in order to ensure that its allegations pass muster under
22   the standard recently articulated by an _en banc_ panel of the
23   Ninth Circuit in Chapman v. Pier 1 Imports (U.S.) Inc., 2001 WL
24   43709 at * 11-12 (9th Cir. Jan. 7, 2011).  Defendants have filed
25   no opposition to the motion.
26   ///
27   ///
28   ///

                                   1

1   Given Defendants' non-opposition to Plaintiff's Motion to

2   Amend, and good cause appearing therefor, Plaintiff's Motion (ECF

3   No. 24) is GRANTED.[1]  Plaintiff has ten (10) days following the

4   date of this Order to file his proposed Third Amended Complaint

5   as attached to Plaintiff's Motion Defendants shall answer or

6   otherwise respond to said Third Amended Complaint within ten (10)

7   days after its filing and service.

8   IT IS SO ORDERED.

9   Dated: March 7, 2011

10

11   _____

12   MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [1]Because oral argument was not deemed to be of material

28   assistance, the Court orders this matter submitted on the
    briefing.  E.D. Cal. Local Rule 230(g).