Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

Jeffrey Kravitz, SBN 186209
**KRAVITZ LAW OFFICE**
2310 "J" Street, Suite A
Sacramento, CA 95816
Telephone: (916) 553-4072
Facsimile: (916) 553-4074

Attorney for Defendants
Sarbjit Kang dba Kang Chevron 2,
Kang Property, Inc., Haleh Amiri,
Dunnigan-Sacramento, LLC, and
Sacramento-Dunnigan Property, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Sarbjit Kang, *et al.*,<br><br>　　　Defendants. | Case No. 2:09-cv-00453-MCE-GGH<br><br>**Stipulation to Amend the August 19, 2009 Scheduling Order; Order Thereon**<br><br>Hon. Morrison C. England |

1   WHEREAS, the Court issued the Pre-trial Scheduling Order
2 (hereinafter "Scheduling Order") on August 19, 2009, in this matter;
3   WHEREAS, On July 19, 2010, Plaintiff filed an amended complaint,
4 adding two new defendants.
5   WHEREAS, the two new defendants answered the amended
6 complaint on October 8, 2010 and discovery cutoff was a mere month after;
7   WHEREAS, on November 10, 2010, the parties stipulated to extend
8 all of the dates set forth in the scheduling order to allow adequate time to
9 conduct discovery as to the newly named defendants.
10   WHEREAS, on February 4, 2011, the court granted the parties'
11 stipulation and continued the trial and pretrial conference dates, but did not
12 continue the discovery cutoff date, expert disclosure date, and the law and
13 motion cutoff – which was the primary purpose of the parties' stipulation.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by
2 and among the parties that:
3  All dates set forth in the Scheduling Order be continued as follows:
4
5 Expert Disclosure:  January 12, 2011 to **September 2011**
6 Discovery Cut-off:  November 10, 2010 to **November 2011**
7 Law and Motion Cut-off:  March 12, 2011 to **January 2012**
8
9  The parties do not wish to continue any of the newly set dates for
10 trial or pretrial conference.
11 IT IS SO STIPULATED.
12
13 Dated: April 5, 2011    DISABLED ADVOCACY GROUP, APLC
14
15       /s/ Lynn Hubbard III
16     LYNN HUBBARD, III
    Attorney for Plaintiff
17
18 Dated: April 5, 2011    KRAVITZ LAW OFFICE
19
20       /s/ Jeffrey Kravitz
21     JEFFREY KRAVITZ
    Attorney for Defendants
22     Sarbjit Kang dba Kang Chevron 2, Kang
    Property, Inc., Haleh Amiri, Dunnigan-
23     Sacramento, LLC, and Sacramento-
24     Dunnigan Property, Inc.
25
26
27
28

*Feezor v. Kang, et al.*,                                      Case No. 2:09-cv-00453-MCE-GGH
Stipulation to Amend the August 19, 2009 Scheduling Order and [Proposed] Order Thereon

## Order

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a comprehensive new Pretrial Scheduling Order will be issued forthwith. The Court's schedule mandates that the currently set April 9, 2012 trial date be continued to July 2, 2012. The Final Pretrial Conference will accordingly also be rescheduled from February 9, 2012 to May 3, 2012. All other dates, including the discovery, expert discovery, and motion deadlines, will be recalculated as set forth in the new Scheduling Order.

Date: April 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE