Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
Peter Leonard, SBN 269719
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br>    Plaintiff,<br><br>    v.<br><br>Sarbjit Kang dba Kang Chevron 2, et al.,<br><br>    Defendants. | Case No. 2:09-cv-00453-MCE-GGH<br><br>**Stipulation and Order to Enter Judgment**<br><br>Hon. Morrison C. England |

*Feezor v. Sarbjit Kang, et al.,*            Case No. 2:09-cv-00453-MCE-GGH
Stipulation and Order to Enter Judgment
Page 1

1  This Stipulated Judgment is entered into by and between plaintiff Lary
2  Feezor ("Plaintiff") and defendants Sarbjit Kang dba Kang Chevron 2; Kang
3  Property, Inc.; Haleh Amiri; Dunnigan-Sacramento, LLC; and Sacramento-
4  Dunnigan Property, Inc. ("Defendants")

5  WHEREAS, Plaintiff filed the above-captioned action alleging disability
6  accessibility claims against a gas station business located at 4040 County Road
7  89, Dunnigan, Yolo County, California, contending that the gas station failed to
8  provide him with accessibility in light of his disability; and

9  WHEREAS, as the result of negotiations, Plaintiff and Defendants entered
10 into a confidential Settlement Agreement,[1]

11 IT IS THEREFORE STIPULATED AND AGREED that judgment be
12 entered against Defendants in favor of Plaintiff in the amount of $6,500.00.

13

14 Dated: December 29, 2011        DISABLED ADVOCACY GROUP, APLC

15

16                                  _/s/   Lynn Hubbard III         /_
17                                  Lynn Hubbard III
                                    Attorney for Plaintiff Lary Feezor
18

19
20 Dated: December 28, 2011        KRAVITZ LAW OFFICE

21

22                                  _/s/   Jeffrey Kravitz         /_
                                    Jeffrey Kravitz
23                                  Attorney for Defendants Sarbjit Kang dba
24                                  Kang Chevron 2; Kang Property, Inc.;
                                    Haleh Amiri; Dunnigan-Sacramento, LLC;
25                                  and Sacramento-Dunnigan Property, Inc.

26

27 ---
   [1] Because of the confidentiality clause contained in the Settlement Agreement, the parties cannot file the
28 Settlement Agreement as an attachment to this Stipulated Judgment, but would file it under seal if the Court
   so desires.

*Feezor v. Sarbjit Kang, et al.,*                           Case No. 2:09-cv-00453-MCE-GGH
Stipulation and Order to Enter Judgment
Page 2

## JUDGMENT AND ORDER

IT IS HEREBY ADJUDGED AND ORDERED that judgment be entered against Defendants Sarbjit Kang dba Kang Chevron 2; Kang Property, Inc.; Haleh Amiri; Dunnigan-Sacramento, LLC; and Sacramento-Dunnigan Property, Inc., in favor of Plaintiff Lary Feezor in the amount of $6,500.00.  The Clerk of the Court is directed to close this case.

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Feezor v. Sarbjit Kang, et al.,*   Case No. 2:09-cv-00453-MCE-GGH
Stipulation and Order to Enter Judgment
Page 3