Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
Peter Leonard, SBN 269719
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor, | Case No. 2:09-cv-00453-MCE-GGH |
| Plaintiff, | **Stipulation and Order to Enter Judgment** |
| v. | |
| Sarbjit Kang dba Kang Chevron 2, *et al.*, | Hon. Morrison C. England |
| Defendants. | |

*Feezor v. Sarbjit Kang, et al.,*    Case No. 2:09-cv-00453-MCE-GGH
Stipulation and Order to Enter Judgment
Page 1

This Stipulated Judgment is entered into by and between plaintiff Lary Feezor ("Plaintiff") and defendants Sarbjit Kang dba Kang Chevron 2; Kang Property, Inc.; Haleh Amiri; Dunnigan-Sacramento, LLC; and Sacramento-Dunnigan Property, Inc. ("Defendants")

WHEREAS, Plaintiff filed the above-captioned action alleging disability accessibility claims against a gas station business located at 4040 County Road 89, Dunnigan, Yolo County, California, contending that the gas station failed to provide him with accessibility in light of his disability; and

WHEREAS, as the result of negotiations, Plaintiff and Defendants entered into a confidential Settlement Agreement,[1]

IT IS THEREFORE STIPULATED AND AGREED that judgment be entered against Defendants in favor of Plaintiff in the amount of $6,500.00.

Dated: December 29, 2011        DISABLED ADVOCACY GROUP, APLC

                                         /s/   Lynn Hubbard III        /
Lynn Hubbard III
Attorney for Plaintiff Lary Feezor

Dated: December 28, 2011        KRAVITZ LAW OFFICE

                                         /s/   Jeffrey Kravitz         /
Jeffrey Kravitz
Attorney for Defendants Sarbjit Kang dba Kang Chevron 2; Kang Property, Inc.; Haleh Amiri; Dunnigan-Sacramento, LLC; and Sacramento-Dunnigan Property, Inc.

---

[1] Because of the confidentiality clause contained in the Settlement Agreement, the parties cannot file the Settlement Agreement as an attachment to this Stipulated Judgment, but would file it under seal if the Court so desires.

*Feezor v. Sarbjit Kang, et al.,*                                       Case No. 2:09-cv-00453-MCE-GGH
Stipulation and Order to Enter Judgment
Page 2

# JUDGMENT AND ORDER

IT IS HEREBY ADJUDGED AND ORDERED that judgment be entered against Defendants Sarbjit Kang dba Kang Chevron 2; Kang Property, Inc.; Haleh Amiri; Dunnigan-Sacramento, LLC; and Sacramento-Dunnigan Property, Inc., in favor of Plaintiff Lary Feezor in the amount of $6,500.00.  The Clerk of the Court is directed to close this case.

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Feezor v. Sarbjit Kang, et al.,*                                                  Case No. 2:09-cv-00453-MCE-GGH
Stipulation and Order to Enter Judgment
Page 3